UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | SA CV 19-1890 DMG | Date | May 1, 2020 |
|---|---|---|---|

| Title | *In re Aleli A. Hernandez* | Page | **1** of **1** |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On January 9, 2020, the Deputy Clerk of Court instructed Appellant Asset Management Holdings, LLC to serve and file its opening brief by February 10, 2020, in accordance with the Federal Rules of Bankruptcy Procedure.  To date, Appellant has not done so.

Accordingly, Appellant is **ORDERED TO SHOW CAUSE** in writing, no later than May 15, 2020, why this action should not be dismissed for lack of prosecution.  Appellant is advised that its failure to file a timely response to this Order shall be deemed consent to the dismissal of this appeal without prejudice.

**IT IS SO ORDERED.**